EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                              | Querella       |
|-------------------------------------|----------------|
| Lcdo. Francisco Avilés Caratini     | 2000 TSPR 148  |
| Lcdo. José J. Rodríguez Bonhome     |                |

Número del Caso: 7122 Y 1241

Fecha: 05/octubre/2000

Colegio de Abogados de Puerto Rico:

Lcda. Mady Pacheco García de la Noceda
Lcdo. Israel Pacheco Acevedo

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

                                    Querella sobre
Francisco Avilés Caratini (7122)    suspensión del
José J. Rodríguez Bonhome (1241)    ejercicio de
                                        la profesión
                    de la abogacía y
                                        la notaría

PER CURIAM

San Juan, Puerto Rico, a 5 de mayo de 2000.

Mediante Resoluciones concedimos un término de veinte (20) días a los abogados querellados de epígrafe para que mostraran causa por la cual no debían ser suspendidos del ejercicio de la abogacía y la notaría por no haber satisfecho el pago de la cuota de colegiación al Colegio de Abogados de Puerto Rico. En dichas Resoluciones los abogados fueron apercibidos de que su incumplimiento con la orden de este Tribunal conllevaría su suspensión automática del ejercicio de la abogacía y la notaría.

Estas Resoluciones fueron notificadas por correo certificado a la dirección de récord de los abogados querellados. Algunas fueron devueltas por haber cambiado dichos abogados de dirección, y no haber notificado el cambio a la Secretaría de este Tribunal. La Regla 9(j) del
Reglamento del Tribunal Supremo impone a todo abogado el deber ineludible de notificar cualquier cambio de su dirección a la Secretaría del Tribunal Supremo. El incumplimiento de tal deber es suficiente para decretar la separación indefinida de la abogacía y la notaría.

Transcurrido el término concedido a los querellados sin haber recibido su contestación, procedemos a resolver según intimado. Tomando en consideración su renuncia injustificada a satisfacer el pago de la cuota de colegiación, In re: Morales Sánchez, res. el 31 de agosto de 1995, 141 D.P.R. ___ (1995); In re: Serrallés III, 119 D.P.R. 494 (1987); Colegio de Abogados v. Schneider, 117 D.P.R. 504 (1986); In re: Vega González, 116 D.P.R. 379, (1985); y su indiferencia en responder a las órdenes de este Tribunal, lo cual de por sí conlleva la imposición de sanciones disciplinarias severas, In re: Pérez Benabe, 133 D.P.R. 361 (1993); In re: Nicot Santana, 129 D.P.R. 717 (1992); In re: Colón Torres, 129 D.P.R. 490 (1991), se decreta la suspensión inmediata e indefinida del ejercicio de la abogacía y la notaría de los abogados de epígrafe a partir de la notificación de esta Resolución.

Los querellados notificarán a sus clientes que por motivo de la suspensión no pueden continuar con su representación legal y devolverán a éstos los expedientes de los casos

pendientes y los honorarios recibidos por trabajos no realizados.  Asimismo, informarán de su suspensión a cualquier Sala del Tribunal General de Justicia o a cualquier foro administrativo donde tengan algún caso pendiente.  Por último, tienen la obligación de acreditar y certificar ante este Tribunal, en el término de treinta (30) días, que se cumplió con lo antes señalado.

Se ordena al Alguacil la incautación de la obra y sello notarial de los querellados.

Se dictará la Sentencia correspondiente.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

|                                        |                      |
| -------------------------------------- | -------------------- |
|                                        | Querella sobre       |
| Francisco Avilés Caratini (7122)       | suspensión del       |
| José J. Rodríguez Bonhome (1241)       | ejercicio de         |
|                                        | la profesión         |
|                                        | de la abogacía       |
|                                        | y la notaría         |

SENTENCIA

San Juan, Puerto Rico, a 5 de mayo de 2000.

Por las razones que se expresan en la Opinión Per Curiam del Tribunal, la cual se hace formar parte integral de la presente Sentencia, se decreta la suspensión inmediata e indefinida del ejercicio de la abogacía y notaría en Puerto Rico de los abogados de epígrafe a partir de la notificación de esta Resolución.

Los querellados notificarán a sus clientes que por motivo de la suspensión no pueden continuar con su representación legal y devolverán a éstos los expedientes de los casos pendientes y los honorarios recibidos por trabajos no realizados. Asimismo, informarán de su suspensión a cualquier Sala del Tribunal General de Justicia o a cualquier foro administrativo donde tengan algún caso pendiente. Por último, tienen la obligación de acreditar y certificar ante este Tribunal, en el término de treinta (30) días, que se cumplió con lo antes señalado.

El Alguacil de este Tribunal se incautará inmediatamente de la obra y sello notarial de los abogados de epígrafe para el trámite correspondiente por la Directora de la Oficina de Inspección de Notarías.

Así lo pronunció y manda el Tribunal y certifica la Secretaria del Tribunal. El Juez Presidente, señor Andréu García y el Juez Asociado señor Fuster Berlingeri, no intervinieron. El Juez Asociado, señor Rebollo López, no interviene.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo